

# NUMBER 13-23-00400-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JEREMY DANIEL RODRIGUEZ,                                      Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Silva

This cause is before the Court on appellant's motion to dismiss this appeal. On November 6, 2023, we ordered the appeal abated and remanded the matter for the trial court to make several determinations, including whether appellant wishes to pursue, or has abandoned, the appeal. On November 17, 2023, appellant filed his motion to dismiss this appeal.

Appellant's motion to dismiss this appeal was signed by both counsel and the appellant. We find the motion to dismiss meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and counsel must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the appeal is reinstated and the motion to dismiss this appeal is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

> CLARISSA SILVA
> Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of December, 2023.